1  Kimberley Hanks McGair, WSBA #30063
   kmcgair@fwwlaw.com
2  Farleigh Wada Witt
   121 SW Morrison Street, Suite 600
3  Portland, Oregon 97204-3136
   Telephone: (503) 228-6044
4  Facsimile: (503) 228-1741

5  Attorneys for Defendants
   Reliable Credit Association, Inc., and
6  Reliable Credit Association, Inc. (WA)

7

8                    UNITED STATES DISTRICT COURT

9                    WESTERN DISTRICT OF WASHINGTON

10 HOLLY SMART, an individual,                    Case No. 2:18-cv-448-JCC

11                 Plaintiff,                     DECLARATION OF KIMBERLEY HANKS
                                                  MCGAIR IN SUPPORT OF RELIABLE
12         v.                                     CREDIT ASSOCIATION, INC., AND
                                                  RELIABLE CREDIT ASSOCIATION, INC.
13 EMERALD CITY RECOVERY, LLC,                    (WA)'S MOTION FOR EXTENSION OF
   RELIABLE CREDIT ASSOCIATION,                   TIME TO RESPOND TO PLAINTIFF'S
14 INC. AND RELIABLE CREDIT                       COMPLAINT
   ASSOCIATION, INC. (WA),
15
                   Defendants.
16

17         I, Kimberley Hanks McGair, hereby declare as follows:

18         (1)     I am one of the attorneys representing Defendants Reliable Credit

19 Association, Inc., and Reliable Credit Association, Inc. (WA) (collectively, "Reliable") and I

20 have personal knowledge of the facts set forth in this Declaration.

21         (2)     The parties need time to confer regarding potential motions that Reliable

22 may bring against the complaint.  If the parties are unable to resolve those issues, Reliable

23 intends to move for dismissal.

24 ///

25 ///

26 ///

Page 1 - DECLARATION OF KIMBERLEY HANKS MCGAIR IN SUPPORT OF
RELIABLE CREDIT ASSOCIATION, INC., AND RELIABLE CREDIT
ASSOCIATION, INC. (WA)'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 2:18-cv-448-JCC
\\sql2014\plaw\DOCS\RCAINC\66016\PLDG\3SA9840.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1  (3) Counsel for Plaintiff does not object to this motion. This motion is made in good faith and is not intended for the purposes of delay, and no party will be prejudiced by the granting of this motion.

4  I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

7  DATED April 25, 2018.

FARLEIGH WADA WITT

By: /s/ Kimberley Hanks McGair
Kimberley Hanks McGair, WSBA #30063
(503) 228-6044
kmcgair@fwwlaw.com
Attorneys for Defendants Reliable Credit Association, Inc., and Reliable Credit Association, Inc. (WA)

Page 2 - DECLARATION OF KIMBERLEY HANKS MCGAIR IN SUPPORT OF RELIABLE CREDIT ASSOCIATION, INC., AND RELIABLE CREDIT ASSOCIATION, INC. (WA)'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 2:18-cv-448-JCC
\\sql2014\plaw\DOCS\RCAINC\66016\PLDG\3SA9840.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher Green
>GreenLawFirm
>225 106th Ave NE
>Bellevue, WA 98005
>Chris@MyFairCredit.com
>   Attorney for Plaintiff

>FARLEIGH WADA WITT

>By: /s/ Kimberley Hanks McGair
>Kimberley Hanks McGair, WSBA #30063
>(503) 228-6044
>kmcgair@fwwlaw.com
>Attorneys for Defendants Reliable Credit Association, Inc., and Reliable Credit Association, Inc. (WA)

Page 1 – CERTIFICATE OF SERVICE
Case No. 2:18-cv-448-JCC
\\sql2014\plaw\DOCS\RCAINC\66016\PLDG\3SA9840.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741