THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HOLLY SMART,<br><br>    Plaintiff,<br><br>  v.<br><br>EMERALD CITY RECOVERY, *et al.*,<br><br>    Defendants. | CASE NO. C18-0448-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Reliable Credit Association, Inc. and Reliable Credit Association, Inc. (WA)'s (collectively "Reliable") unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 7). Finding good cause, the Court GRANTS the motion (Dkt. No. 7). Reliable shall respond to Plaintiff's complaint no later than May 3, 2018.

DATED this 26th day of April 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk