THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY SMART,<br><br>            Plaintiff,<br><br>   v.<br><br>EMERALD CITY RECOVERY, *et al.*,<br><br>            Defendants. | CASE NO. C18-0448-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Reliable Credit Association, Inc. and Reliable Credit Association, Inc. (WA)'s (collectively "Reliable") unopposed motion for a second extension of time to respond to Plaintiff's complaint (Dkt. No. 11). Finding good cause, the Court GRANTS the motion (Dkt. No. 11). Reliable shall respond to Plaintiff's complaint no later than May 10, 2018.

DATED this 3rd day of May 2018.

                                                    William M. McCool
                                                    Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk