UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY SMART, | CASE NO. C18-0448-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EMERALD CITY RECOVERY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the noting date for Defendants Reliable Credit Association, Inc. and Reliable Credit Association, Inc. (WA)'s (collectively "Reliable") motion to dismiss (Dkt. No. 14). Finding good cause, the Court GRANTS the motion (Dkt. No. 18). Plaintiff shall file its response to Reliable's motion to dismiss no later than July 2, 2018. Reliable shall file their reply no later than July 6, 2018. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 14) to July 6, 2018. As of now, there is no hearing set for this motion.

//

//

//

1     DATED this 25th day of May 2018.

                                William M. McCool
                                Clerk of Court

                                s/Tomas Hernandez
                                Deputy Clerk