1  William W. Mitchell, WSBA 44301
   wills@cnrlaw.com
2  Mark P. Giuliano WSBA 49871
   mark@cnrlaw.com
3  Cogdill Nichols Rein Wartelle Andrews
   3232 Rockefeller Ave.
4  Everett, WA 98201
   T: (425) 259-6111
5  F: (425) 259-6435

6  Attorneys for Emerald City Recovery, LLC

7

8

9                    UNITED STATES DISTRICT COURT
10                  WESTERN DISTRICT OF WASHINGTON

11 HOLLY SMART, an individual,            )
                                          )  Case No. 2:18-cv-448-JCC
12              Plaintiff,                 )
                                          )
13 EMERALD CITY RECOVERY, LLC,            )  NOTICE OF APPEARANCE OF
   RELIABLE CREDIT ASSOCIATION, INC.      )  DEFENDANT EMERALD CITY
14 AND RELIABLE CREDIT ASSOCIATION,       )  RECOVERY, LLC
   INC. (WA),                             )
15                                         )
                Defendants                )
16 _____)

17 TO:          Clerk of the Court;

18 AND TO:      Christopher Green, attorney for Plaintiff

19 AND TO:      Kimberley Hanks McGair, attorney for Reliable Credit Association, Inc. and Reliable

20              Credit Association, Inc. (WA);

21

22       PLEASE TAKE NOTICE that Defendant Emerald City Recovery, LLC appears herein by

23 and through its attorneys, William W. Mitchell and Mark P. Giuliano of Cogdill Nichols Rein

24 NOTICE OF APPEARANCE OF DEFENDANT                    COGDILL NICHOLS REIN
   EMERALD CITY RECOVERY, LLC - 1                       WARTELLE ANDREWS
                                                        3232 Rockefeller Avenue
                                                        Everett, WA  98201
                                                        Phone: (425) 259-6111
                                                        Fax:   (425) 259-6435

Wartelle Andrews, 3232 Rockefeller Ave, Everett, WA 98201, telephone (425) 259-6111, wills@cnrlaw.com, and requests that all further pleadings and papers, except original process, be served upon said attorneys. By appearing herein, Emerald City Recovery does not waive any defenses, including those based on lack of jurisdiction, improper venue or insufficient service of process.


        DATED THIS 1st  day of June 2018


                        COGDILL NICHOLS REIN WARTELLE ANDREWS



                        _____/s/ William W. Mitchell_____
                        By: William W. Mitchell, WSBA #44301
                            (425) 259-6111
                            wills@cnrlaw.com
                            Attorneys for Defendant Emerald City
                            Recovery, LLC

                        _____/s/ Mark P. Giuliano_____
                        By: Mark P. Giuliano, WSBA #49871
                            (425) 259-6111
                            mark@cnrlaw.com
                            Attorneys for Defendant Emerald City
                            Recovery, LLC


NOTICE OF APPEARANCE OF DEFENDANT
EMERALD CITY RECOVERY, LLC - 2

COGDILL NICHOLS REIN
WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA  98201
Phone: (425) 259-6111
Fax:   (425) 259-6435

1

CERTIFICATE OF SERVICE

2    I certify that on June 1, 2018 I electronically filed the forgoing with the Clerk of the Court using
     CM/ECF system which will send notification of such filing to the following:

3

Christopher Green
4    Green Law Firm
     225 106th Ave NE
5    Bellevue, WA 98005
     chris@myfaircredit.com
6    Attorney for Plaintiff

7    Kimberley Hanks McGair
     Farleigh Wada Witt
8    121 SW Morrison St. Suite 600
     Portland, OR 97204
9    kmcgair@fwwlaw.com
     Attorney for Defendants Reliable Credit
10   and Reliable Credit WA

11

12                                        COGDILL NICHOLS REIN WARTELLE ANDREWS

13

14                                            ____/s/ Mark P. Giuliano_____
                                          By: Mark P. Giuliano, WSBA #49871
15                                            (425) 259-6111
                                              mark@cnrlaw.com
16                                            Attorneys for Defendant Emerald City
                                              Recovery, LLC

17

18

19

20

21

22

23

24   NOTICE OF APPEARANCE OF DEFENDANT                    COGDILL NICHOLS REIN
     EMERALD CITY RECOVERY, LLC - 3                       WARTELLE ANDREWS
                                                          3232 Rockefeller Avenue
                                                          Everett, WA  98201
                                                          Phone: (425) 259-6111
                                                          Fax:   (425) 259-6435