THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HOLLY SMART, | CASE NO. C18-0448-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| EMERALD CITY RECOVERY, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defense Counsel's motion for leave to withdraw as attorney for Defendant Emerald City Recovery, LLC ("Emerald City") (Dkt. No. 30). No objection has been filed, and no new attorney has appeared on Emerald City's behalf.

Counsel requests leave to withdraw based on "irreconcilable differences" that have developed with Emerald City. (Dkt. No. 30 at 2.) Under the Local Rules, attorneys in civil cases "will ordinarily be permitted to withdraw until sixty days before the discovery cut-off date." W.D. Wash. Local Civ. R. 83.2(b)(1). The discovery cut-off date in this matter is not until January 2019. (*See* Dkt. No. 28.) Therefore, Counsel's motion to withdraw is timely. Defense Counsel's motion to withdraw also complies with all of the Local Rules' certification requirements. *See* W.D. Wash. Local Civ. R. 83.2(b)(1), (4) (service of motion on client and opposing counsel, and advisement to corporate defendant that failure to obtain new counsel could result in entry of default).

Therefore, Defense Counsel's motion for leave to withdraw as Emerald City's attorney (Dkt. No. 30) is GRANTED. In accordance with the Court's order:

1. Attorney William W. Mitchell and his firm, COGDILL NICHOLS REIN WARTELLE ANDREWS, are GRANTED leave to withdraw from representation and as counsel in this action for Defendant Emerald City Recovery, LLC, effective as of the date this order is issued.

2. Within thirty (30) days of the issuance of this order, Defendant Emerald City Recovery, LLC shall have a new counsel of record file a notice of appearance. Failure to obtain counsel could result in the entry of default against Defendant. *See* W.D. Wash. Local Civ. R. 83.2(b)(4).

3. The Clerk is DIRECTED to mail a copy of this order to Defendant Emerald City Recovery, LLC at: 2520 Center Road, Everett, WA, 98204.

DATED this 31st day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE