THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY SMART, | CASE NO. C18-0448-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EMERALD CITY RECOVERY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's status report (Dkt. No. 33). In her status report, Plaintiff states that she has entered into a settlement with Defendant Emerald City Recovery. (Dkt. No. 33.) However, Plaintiff has not filed a stipulated dismissal.

Plaintiff is ORDERED to show cause why the Court should not enter default against Defendant Emerald City Recovery, in accordance with its prior order. (*See* Dkt. No. 31.) Alternatively, Plaintiff shall file a stipulated dismissal regarding its claims against Defendant Emerald City Recovery. Plaintiff shall respond to this order no later than Friday, November 30, 2018.

//

//

DATED this 19th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk